**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Angell Arellano
   4719 Frankfort Ave
   El Paso, TX 79903

   08CR2986LS /TEX/PADEN

   9590 9402 9683 5199 6337 54

2. Article Number (Transfer from service label)

   9589 0710 5270 0628 1187 64

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name): Michael Arellano

C. Date of Delivery: 20251103

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

FILED
NOV 07 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt